ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 16 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CRIMINAL NO. CR 04-00199DAE-01 |
| | ) | |
| TOETU SOLAITA | ) | |
| | ) | |

ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Beijing, China, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 2/25/2007 through on or about 3/8/2007.

Dated: 2/14/2007 at Honolulu, Hawaii.

DAVID ALAN EZRA
U.S. District Judge